

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| DANIEL KEARNS, | § | No. 08-23-00300-CV |
| Appellant, | § | Appeal from the |
| v. | § | 57th Judicial District Court |
| RON HELLER and BUSINESS AIR, INC., | § | of Bexar County, Texas |
| Appellees. | § | (TC# 2023CI14065) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the order denying Appellant's Motion to Transfer Venue. We therefore affirm that order. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF JUNE 2024.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.